UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES KITCHEN, #751036,

       Plaintiff,

                                                                           File no: 2:23-cv-94

v.

                                                                           HON. ROBERT J. JONKER

UNKNOWN LAROUX, et al.,

       Defendants.
_____/

### ORDER APPROVING MAGISTRATE'S
### REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 6, 2023 (ECF No. 37).   The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 37) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (ECF Nos. 11, 22) are **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter.   *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Dated:  January 7, 2024                      /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE